**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
                :

In re:                     :

Fairfield Sentry Limited, et al.,     :    Chapter 15 Case

     Debtors in Foreign Proceedings.  :    Case No. 10-13164 (BRL)

-------------------------------------------------------X    Jointly Administered
                :

Fairfield Sentry Limited (In Liquidation), :

                :    Adv. Pro. No. 10-03496 (BRL)

         Plaintiff,      :

                :    Administratively Consolidated

       -against-        :

Theodoor GGC Amsterdam, et al.,   :

        Defendants.     :

-------------------------------------------------------X
                :

This document relates to:      :

Adv. Pro. Nos. 10-3636, 10-3635, 10-3634, :
10-3786, 10-3756, 10-3795, 10-3799, 10-4392, :
11-1584, 11-2613, 10-3505, 12-1131, 10-3595, :
11-1566, 10-3873, 10-3514, 11-1256    :

-------------------------------------------------------X

## REQUEST FOR REMOVAL FROM ECF SERVICE LIST

    MEGAN P. DAVIS respectfully requests that she be removed from any and all mailing

matrixes and service lists in the above-referenced matters.

    The undersigned makes this request because she is leaving the firm Flemming Zulack

Williamson Zauderer LLP. All other counsel of record at Flemming Zulack Williamson

Zauderer LLP remain the same.

Dated: New York, New York
June 18, 2014

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP


/s/ Megan P. Davis
Megan P. Davis
One Liberty Plaza
New York, New York 10006
Telephone: (212) 412-9500
mdavis@fzwz.com


*Attorneys for Defendants Attorneys for Defendants
Lombard Odier Darier Hentsch & Cie (now known
as Lombard Odier & Cie) (10-ap-3635, 10-ap-
3636, 10-ap-3795); Société Générale Bank & Trust
S.A. (10-ap-3635, 10-ap-3636, 11-ap-1584, 11-ap-
2613); Banque Privée Edmond de Rothschild
Europe (sued as Banque Privee Edmond de
Rothschild (Europe)) (10-ap-3505); Banque Privée
Edmond de Rothschild S.A. (sued as Rothschild
Bank Geneva) (10-ap-3635, 10-ap-3636);
Rothschild & Cie Banque (sued as Rothschild & Cie
Banque Paris) (12-ap-1131); Société Générale
Private Banking (Suisse) S.A. (10-ap-3595, 10-ap-
3786); Société Générale Private Banking (Lugano-
Svizzera) S.A. (sued as FS/SG Private Banking
(Lugano-Svizzera) SA a/k/a FS/SG Private Banking
Suisse SA) (11-ap-1566); Banque Privée Espírito
Santo S.A. (10-ap-3634, 10-ap-3756); Bordier &
Cie (10-ap-3873); Banque Piguet & Cie S.A. (now
known as Piguet Galland & Cie S.A.) (10-ap-3514);
Rothschild Bank AG (10-ap-3635, 10-ap-3636);
Banca Privata Edmond de Rothschild Lugano S.A.
(10-ap-3635, 10-ap-3636); Banque Cantonale
Vaudoise (10-ap-3635, 10-ap-3636); CBH
Compagnie Bancaire Helvétique SA (10-ap-3635,
10-ap-3636, 11-ap-1256); Hambros (Guernsey
Nominees) Limited, SG Hambros Nominees (Jersey)
Limited, and SG Hambros Bank (Channel Islands)
Limited (successor to SG Hambros Bank & Trust
(Guernsey) Ltd.) (10-ap-3799)*