Pamela A. Miller
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036 Telephone: (212) 326-2000
E-mail: pmiller@omm.com

*Attorneys for Merrill Lynch Bank (Suisse) S.A., improperly named as Merrill Lynch Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> FAIRFIELD SENTRY LIMITED, et al., <br><br> Debtor in Foreign Proceedings. | Chapter 15 Case <br><br> Case No. 10-13164 (CGM) <br><br> Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> THEODOOR GGC AMSTERDAM, et al., <br><br> Defendants. | Adv. Pro. No. 10-03496 (CGM) <br><br> Administratively Consolidated |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH CAPITAL MARKETS COMPANY, et al., <br><br> Defendants. | Adv. Pro. No. 10-03634 (CGM) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant Merrill Lynch Bank (Suisse) S.A., improperly named as Merrill Lynch Bank, by and through its undersigned counsel, submits its memorandum

1

of law in support of its motion to dismiss the Fourth Amended Complaint (attached hereto) of Kenneth M. Krys and Greig Mitchell solely in their capacities as the liquidators of Fairfield Sentry Ltd. under Federal Rule of Civil Procedure 12(b)(2).

Dated: November 15, 2021
      New York, New York

Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/ *Pamela A. Miller*
Pamela A. Miller
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail: pmiller@omm.com

*Attorneys for Merrill Lynch Bank (Suisse) S.A., improperly named as Merrill Lynch Bank*